UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TINA PERKINS,**<br>　　**PLAINTIFF**<br><br>**VERSUS**<br><br>**WRIGHT NATIONAL FLOOD INSURANCE COMPANY,**<br>　　**DEFENDANT** | **CIVIL ACTION NO.: 2:17-CV-10070-NJB-JVM**<br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

　　Plaintiff, Tina Perkins, according to the Court's April 6, 2018 Order (R. Doc. 13), files into the Record and submit to Defendant, Wright National Flood Insurance Company, this Witness and Exhibit List:

**WITNESS LIST**:

　　The following witnesses may be called to testify at trial:

1. Tina Perkins
   c/o Pandit Law Firm
   701 Poydras Street, Suite 3950
   New Orleans, LA 70139

2. Tommy Tomkins
   c/o ATA Consulting, LLC
   317 Commercial Street, NE
   Suite A
   Albuquerque, NM 87102

3. Gary LeBlanc
   Honey Do Services
   961 South Morrison Blvd.
   Hammond, LA 70403

4. Fred Hollingsworth
   c/o Colonial Claims Corporation
   2200 Bayshore Blvd.
   Dunedin, FL 34698

5.  Andrew Lupercio
    c/o Colonial Claims Corporation
    2200 Bayshore Blvd.
    Dunedin, FL 34698

6.  Amy Sallas
    Claims Examiner
    Wright National Flood Insurance Company
    P.O. Box 33064
    St. Petersburg, FL 33733

7.  Michael Giovanniello
    Claims Adjuster
    Wright National Flood Insurance Company
    P.O. Box 33064
    St. Petersburg, FL 33733

8.  Shannon Patrizzi
    Claims Examiner
    Wright National Flood Insurance Company
    P.O. Box 33064
    St. Petersburg, FL 33733

9.  Edward L. Fronapfel, M.S.C.E., P.E., CBIE, CFCC, EDI, CBCP
    SBSA, Inc.
    5926 McIntyre Street
    Golden, CO 80403

10. Shawn Peatrowsk, BSCE, BAS, PE-TX
    SBSA, Inc.
    5926 McIntyre Street
    Golden, CO 80403

11. Justin Goethals
    Clarity Claims
    212 East Second Street
    Pass Christian, MS 39571

12. Russell Townsend
    Hudson Construction Company
    2600 South Shore Blvd., Suite 300
    League City, TX 77573

13. As-yet unidentified Wright National Flood Insurance Company Corporate Representative(s)

14. As-yet unidentified, if any, Wright National Flood Insurance Company individual(s) reviewing, editing or approving Andrew Lupercio' claim adjustment and handling

15. As-yet unidentified, if any, Colonial Claims individual(s) reviewing, editing or approving Andrew Lupercio's claim adjustment and handling

16. As-yet unidentified, if any, Wright National Flood Insurance Company individual(s) reviewing, editing or approving Fred Hollingsworth's claim adjustment and handling

17. As-yet unidentified, if any, Colonial Claims individual(s) reviewing, editing or approving Fred Hollingsworth's claim adjustment and handling

18. Wright National Flood Insurance Company's as-yet unnamed Expert Witnesses

19. As-yet unnamed Honey Do Services, LLC Corporate Representative(s)

20. Rebuttal Expert Witnesses, to be named per Federal Rules of Civil Procedure

21. Any individuals Wright National Flood Insurance Company lists in Initial Disclosures;

22. Any individuals Wright National Flood Insurance Company lists in Expert Disclosures;

23. Any individuals Wright National Flood Insurance Company lists in Witness List

24. Plaintiff reserves the right to supplement this Witness List discovery proceeds.

**EXHIBIT LIST:**

Plaintiff may introduce the following exhibits at trial:

1. The Standard Flood Insurance Policy and Declaration Page for policy period March 25, 2016 to March 25, 2017 and policy;

2. The repair estimate prepared by Andrew Lupercio of Colonial Claims, dated August 22, 2016;

3. The repair estimate prepared by Fred Hollingsworth of Colonial Claims, dated March 18, 2016;

4. The repair estimate prepared by Tommy Tompkins of ATA Consulting, LLC, dated June 1, 2017;

5. The expert report prepared by Russell Townsend;

6. The expert report prepared by Edward Fronapfel;

7. The expert report prepared by Justin Goethals;

8. Plaintiff's Proof of Loss signed and dated September 20, 2016;

9. Plaintiff's Proof of Loss signed and dated September 22, 2017;

10. Any report/estimates prepared by Wright National Flood Insurance Company representatives;

11. Any report/estimates prepared by Colonial Claims Company representatives;

12. Any and all inspection report(s) for the property located at 11181 Highway 40 W, Independence, LA 70443;

13. Any and all writing of any drafts or field notes or reports prepared from anyone retained by Wright National Flood Insurance Company, relating to Plaintiff's claim(s) regarding the property located at 11181 Highway 40 W, Independence, LA 70443, relating to policy number 17115027051807 and losses on August 13, 2016;

14. Any and all writings or transmissions of any and all documents, letters, memoranda, emails, or other correspondence including, but not limited to, any electronic documents that in any way refer to, describe, discuss, or relate to the property located at 11181 Highway 40 W, Independence, LA 70443, relating to policy number 17115027051807 and losses on August 13, 2016;

15. Any information or documents relied upon in forming an opinion in relation to the cause of loss to the property located at 11181 Highway 40 W, Independence, LA 70443;

16. Any and all documents outlining procedures, instructions, guidelines, or manuals regarding the inspection of properties, adjustment or handling of claims, including, but not limited, to those related to Plaintiff's claim of loss to the property located at 11181 Highway 40 W, Independence, LA 70443 on August 13, 2016;

17. Copy of the claim file of Wright National Flood Insurance Company for March 2016 and August 2016 flood insurance claims;

18. Any and all photographs of the property;

19. Any and all inventory of damaged contents;

20. Any and all repair receipts paid by Plaintiff;

21. Any and all repair estimates obtained from any and all contractors hired by Plaintiff to perform estimates and/or repairs to the property located at 11181 Highway 40 W, Independence, LA 70443 pertaining to the August 13, 2016 loss;

22. Any and all payments made by Defendant to Plaintiff for damages related to the August 13, 2016 loss;

23. Any and all correspondence exchanged in this matter;

24. Any and all deposition exhibits in this matter;

25. FEMA Flood Insurance Manual, Dated April 1, 2017, Claims Pages CL1-CL3;

26. FEMA Bulletins W-04020, W-13025a, W-14052, W-16091, and W-18009;

27. FEMA Flood Adjuster Manual;

28. FEMA/WYO "Arrangement;"

29. Wright National Flood Insurance Company Underwriting File;

30. Any and all documents provided by Defendant in their initial disclosures;

31. Any exhibit listed by Defendant; and

32. Plaintiff reserves the right to supplement this response as discovery and investigation of this claim proceeds.

SIGNATURE BLOCK ON FOLLOWING PAGE

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

_____/s/Rajan Pandit_____
**RAJAN PANDIT**, Bar No. 32215
**JASON M. BAER**, Bar No. 31609
**CASEY C. DEREUS,** Bar No. 37096
**SANDRA D. GUIDRY,** Bar No. 26349
**HENRY J. ROTH,** Bar No. 37526
**PHILLIP N. SANOV,** Texas Bar No. 17635950
   **Admitted** *Pro Hac Vice*
701 Poydras Street, Suite 3950
New Orleans, LA 70130
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email:laflood@panditlaw.com  and
psanov@panditlaw.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing motion has been served upon counsel for all parties via CM/ECF Filer System, on this 25th day of October 2018.

____*Rajan Pandit*_____
   **RAJAN PANDIT**